# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00351-CV

**Appellant, Lesya Smith, Dependent Administrator // Cross-Appellants, Sue Evelyn Smith Perkins, Sarah Caye Smith and Howard Mark Smith**

**v.**

**Appellees, Sue Evelyn Smith Perkins, Sarah Caye Smith and Howard Mark Smith // Cross-Appellee, Lesya Smith, Dependent Administrator**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-PB-18-000545, THE HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss this appeal. We grant the parties'

motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed on Joint Motion

Filed: March 11, 2022